# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
|  | 9266306 | LVGU HEGGE | 2441 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 06/07/2023  0725 | 10 USC 921   18 USC 1752 |

**Place of Offense**
CAMP PENDLETON CALIFORNIA

**Offense Description: Factual Basis for Charge** HAZMAT ☐
LARCENY
TRESPASSING

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| SNODDERLY HARRIS | COLLIN | M |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 220 W. BROADWAY SAN DIEGO 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Collin Harris

Original - CVB Copy

*9266306*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED STATEMENT OF PC

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/07/2023    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

07JUN23 INPE - 00174-6UMA

CVB SCAN 08/07/2023 8:7
CVB SCAN 08/07/2023 8:7